UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-mj-00088-MOC-DLH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Vs. | ) ORDER |
| **JUSTIN RICHARD STRATTON,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the government's Motion to Dismiss the Criminal Complaint (#4). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss the Criminal Complaint (#4) is **GRANTED**, and the Criminal Complaint is hereby **DISMISSED**.

Signed: July 29, 2016

Max O. Cogburn Jr
United States District Judge